# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JAMES RUIZ CORIZ,

      Plaintiff,                                                        No. 1:18-cv-00553-KRS

v.

NANCY A. BERRYHILL, Deputy
Commissioner for Operations of the
Social Security Administration,

      Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Motion to Proceed in Forma Pauperis") (Doc. 2), filed June 14, 2018. Having reviewed the request, the Court FINDS and CONCLUDES that Plaintiff's motion is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is hereby **GRANTED**.

                                                                                                                                  _____
                                                                                                                                  KEVIN R. SWEAZEA
                                                                                                                                   UNITED STATES MAGISTRATE JUDGE